UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NATHEN DWAYNE BAKER,

          Plaintiff,

  v.

TITLE 18 US CODE CRIMES AND CRIMINAL PROCEDURE, et al.,

          Defendants.

Case No. C23-1415-RSL

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

Plaintiff's *in forma pauperis* (IFP) application, Dkt. 1, is deficient. Plaintiff does not provide complete information as to income, sources of money, money on hand or in accounts, property, or monthly expenses. Plaintiff must submit a revised, signed IFP application within **twenty (20) days** of the date of this Order. Plaintiff must provide complete and detailed financial information and, if Plaintiff has no means of support, explain how Plaintiff is able to meet basic expenses, including food and shelter. Failure to comply may result in denial of IFP and/or dismissal.

Dated this 21st day of September, 2023.

                                                  Ravi Subramanian
                                                  Clerk of Court

                                                  By: Stefanie Prather
                                                       Deputy Clerk

MINUTE ORDER - 1