UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NATHEN DWAYNE BAKER,

    Plaintiff,

    v.

TITLE 18 US CODE CRIMES AND CRIMINAL PROCEDURE, et al.,

    Defendants.

Case No. C23-1415RSL

ORDER TO SHOW CAUSE

On September 12, 2023, the Clerk of Court issued a letter in the above-captioned matter, Dkt. # 3. The letter was mailed to plaintiff, but was returned unopened on October 25, 2023, Dkt. # 5, as plaintiff apparently no longer resides at the address on file with the Court.

The Clerk of Court is directed to note a "Rule 41 dismissal proceeding" on the calendar for December 22, 2023. If plaintiff fails to notify the Court and opposing parties of his current address by that date, the Court will dismiss the action without prejudice for failure to prosecute under Local Civil Rule 41(b)(2).

DATED this 25th day of October, 2023.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE - 1